# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | |
|---|---|
| **OAKLEY GRAIN, INC. et al.** | **APPELLANTS** |
| v. | **CASE NO. 2:19-CV-00141 BSM** |
| **M. RANDY RICE et al.** | **APPELLEES** |

&

| | |
|---|---|
| **OAKLEY GRAIN, INC. et al.** | **APPELLANTS** |
| v. | **CASE NO. 2:19-CV-00142 BSM** |
| **SCOTT MEARS FARMS, INC. et al.** | **APPELLEES** |

&

| | |
|---|---|
| **OAKLEY GRAIN, INC. et al.** | **APPELLANTS** |
| v. | **CASE NO. 2:19-CV-00144 BSM** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE et al.** | **APPELLEES** |

## ORDER

The notices of related cases [2:19-CV-00141 BSM Doc. No. 5; 2:19-CV-00142 BSM Doc. No. 4; 2:19-CV-00144 BSM Doc. No. 4] are denied because *Gavilon v. Rice*, Case No. 2:17-CV-00040 DPM and *KBX, Inc. v. Gavilon Grain, LLC*, Case No. 4:18-CV-00839 DPM are closed and because Chief United States District Judge D.P. Marshall has indicated he would recuse himself from the three instant cases.

The motions to consolidate [2:19-CV-00141 BSM Doc. No. 11; 2:19-CV-00142 BSM

Doc. No. 12; 2:19-CV-00144 BSM Doc. No. 16] are granted because these three cases are likely to have significant overlapping questions of law and fact. Tellingly, the motions to consolidate and responses in opposition are nearly identical in all three cases, and some of the previously-filed briefs overlap substantially. The parties are directed to make all future filings in Case No. 2:19-CV-00141 BSM, and the clerk is directed to close the other cases. If there are substantially independent issues to be addressed by different parties, the parties may file separate briefs but should keep any overlap to a minimum and should incorporate redundant sections by reference.

      IT IS SO ORDERED this 6th day of January 2020.

                                                              UNITED STATES DISTRICT JUDGE